UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANNIE VINING, ET AL. | * | CIVIL NO. 06-2414 |
| VERSUS | * | JUDGE HAIK |
| RICHARD M. WESTRATE, ET AL. | * | MAGISTRATE JUDGE HILL |

### ORDER REGARDING JURISDICTIONAL AMOUNT

The undersigned has reviewed the defendants' Memorandum regarding Jurisdictional Amount and attachments thereto submitted in Response to the undersigned's Order requiring the defendants to file a memorandum setting forth specific facts in controversy which support a finding that the jurisdictional amount exists.  Based on this review, the undersigned concludes that it appears that jurisdictional amount exists.  The defendants have demonstrated that Dannie Vining's claims satisfy this court's jurisdictional minimum.  Ms. Vining claims to have sustained a fracture of her ankle for which she underwent outpatient surgery and a jaw injury for which splint therapy has been recommended.  Her medical expenses, excluding the cost of her ankle surgery, an ankle MRI and costs which have been and which may be incurred as a result of the jaw injury total $7,900.00.

Additionally, in accordance with the United States Supreme Court decision in *Exxon Mobil Corp. v. Allapattah Services, Inc.*, -- U.S. --, 125 S.Ct. 2611 (2005) this court may exercise supplemental jurisdiction over the derivative and related claims of Ms. Vining's husband and minor child under 28 U.S.C. §1367(a).

Signed this 30th day of August, 2007, at Lafayette, Louisiana.

_C. Michael Hill_
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE