RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 1/9/08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANNIE L. VINING, Individually, and on Behalf of her minor son, KOHEN W. ROGER and SIDNEY A. ROGER | CIVIL ACTION NO. 06CV2414 |
| VERSUS | |
| RICHARD M. WESTRATE, MDZ TRUCKING, LLC and CAROLINA CASUALTY INSURANCE COMPANY | JUDGE HAIK<br>MAGISTRATE JUDGE HILL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

CONSIDERING THE FOREGOING MOTION:

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff, DANNIE L. VINING, Individually, and on behalf of her minor son, KOHEN W. ROGER, as against Defendants, MDZ TRUCKING, LLC and CAROLINA CASUALTY INSURANCE COMPANY, are hereby dismissed with prejudice, with each Defendants to bear all costs.

Signed on January 9, 2008.

_Richard T. Haik_
JUDGE HAIK